FILED

2006 SEP -6 PM 1: 56

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ RO _____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAN PACIFIC RETAIL PROPERTIES, | ) | Civil No. 06cv1321-LAB (NLS) |
| | ) | |
| Plaintiff, | ) | **ORDER FOLLOWING EARLY** |
| v. | ) | **NEUTRAL EVALUATION** |
| | ) | **CONFERENCE, SETTING RULE 26** |
| ENVIRONMENTAL EQUALIZERS, INC., | ) | **COMPLIANCE, AND NOTICE OF** |
| | ) | ***TELEPHONIC* CASE MANAGEMENT** |
| Defendant. | ) | **CONFERENCE** |
| | ) | |

On September 5, 2006, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1.      Counsel are ordered to appear telephonically on ***October 20, 2006 at 9:30 a.m.*** before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2.      The Rule 26(f) conference shall be completed on or before ***September 29, 2006.***

3.      A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before ***October 9, 2006.*** (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4.      The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***October 13, 2006.***

Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

1  Each responsible attorney of record and all parties representing themselves shall participate in the

2  conference.  Represented parties need not participate.

3      Failure of any counsel or party to comply with this order will result in sanctions.

4  **IT IS SO ORDERED.**

5

6  Dated: _9-5-06_

7

8  NITA L. STORMES
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28