UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAN PACIFIC RETAIL PROPERTIES, | ) | Civil No. 06cv1321-LAB (NLS) |
| Plaintiff, | ) | **ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE AND SETTING FURTHER TELEPHONIC SETTLEMENT CONFERENCE** |
| v. | ) | |
| ENVIRONMENTAL EQUALIZERS, INC., | ) | |
| Defendant. | ) | |

On December 13, 2006, the parties convened for a mandatory settlement conference. Defendant Environmental Equalizers, Inc. ("EEI") brought a consulting engineer and hydro geologist to the MSC. The court and the parties had an opportunity to hear from that consultant regarding the claims in the complaint. At the close of the conference, counsel agreed that further settlement discussions would be useful. Good cause appearing, counsel **shall be available for <u>telephonic settlement conferences with the court on Friday February 2, 2007; plaintiff's counsel at 9:30 a.m. and defense counsel at 10:30 a.m.</u>** The court will initiate the telephone calls. Prior to those settlement discussions, counsel shall exchange the documents and information detailed during the MSC (i.e., Mr. Berry's declaration, an itemization of damages, the alleged mechanism of transport of the MTBE, Quarterly Reports of ENSI since April, 2006, and cases regarding CERCLA's Petroleum exclusion). As the court advised the

//
//
//

parties during the MSC, these continued settlement discussions shall <u>not</u> be construed as suspending any obligations the parties have under the current scheduling order in this case.

DATED: December 15, 2006

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court