UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAN PACIFIC RETAIL PROPERTIES, | ) | Civil No. 06cv1321 LAB (NLS) |
| Plaintiff, | ) ) | **NOTICE AND ORDER SETTING** ***TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |
| v. | ) ) | |
| ENVIRONMENTAL EQUALIZERS, INC., | ) ) | |
| Defendant. | ) ) | |

The parties have informed the Court that they have settled the case. A ***telephonic*** Settlement Disposition Conference will be held in this matter on ***June 29, 2007 at 9:30 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers prior to that time.

**IT IS SO ORDERED.**

DATED: May 31, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge